IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESSE GRAVES,
        Plaintiff,

vs.                                           Case No.  5:06cv186/MCR/MD

APALACHEE CORRECTIONAL
INSTITUTION, et al.,
        Defendants.

### REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  On March 15, 2007 plaintiff filed a motion for voluntary dismissal of this civil rights action (doc. 18). Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

        Accordingly, it is respectfully RECOMMENDED:

        1.  That plaintiff's motion for voluntary dismissal (doc. 18) be GRANTED and this case be dismissed without prejudice.

        2.  That the clerk be directed to close the file.

        At Pensacola, Florida, this 16th day of March, 2007.

                                      /s/ *Miles Davis*
                                      MILES DAVIS
                                      UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**